# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LPS AGENCY SALES AND POSTING, INC. | : | |
|  | : | |
| Plaintiff | : | |
|  | : | |
| v. | : | C.A. No.:  12-cv-11470 |
|  | : | |
| ABLITT SCOFIELD, a PROFESSIONAL CORPORATION, and STEVEN A. ABLITT | : | |
|  | : | |
|  | : | |
| Defendants | : | |

_____

## DISMISSAL STIPULATION

By agreement of the parties, this matter is dismissed without prejudice.  Each party shall bear its own costs and attorney's fees.

| **Plaintiff LPS Agency Sales And Posting, Inc.** | **Defendants Ablitt Scofield, P.C., and Steven A. Ablitt** |
|---|---|
| By its Attorneys, | By their Attorneys, |
| */s/ Giles L. Krill*_____ | */s/ Walter H. Porr* (GLK)_____ |
| Edward A. Gottlieb  (BBO # 204900) | Walter H. Porr, Jr.  (BBO # 659462) |
| E-mail: Ed@GottliebEsq.com | Ablitt Scofield, P.C. |
| Giles L. Krill  (BBO # 647528) | 304 Cambridge Road |
| E-mail: Giles@GottliebEsq.com | Woburn, MA 01801 |
| Law Offices of Edward A. Gottlieb | Phone: 781-246-8995 |
| 309 Washington Street | Fax: 781-246-8994 |
| Brighton, MA 02135 | wporr@acdlaw.com |
| T: 617-789-5678 | |
| F: 617-789-4788 | |

and

S. Michael Levin, *pro hac vice*
55 Dorrance Street, Suite 200
Providence, RI  02903
Phone:  401-228-6339
Fax:  866-652-0274
mlevin@smlevinlaw.com

Dated:  October 31, 2012

**CERTIFICATE OF SERVICE**

     I certify that a copy of this foregoing document was filed electronically on 10/31/12.  Notices of this filing will be sent to registered participants identified in the Notice of Electronic Filing by e-mail to all participants in the Court's CM/ECF system and by first class mail to all others on 10/31/12.

*/s/ Giles L. Krill*　　　　　　　　　
Giles L. Krill, BBO No. 647528
